**JOHN R. BORROUGHS, and SARAH, his Wife, v. TEMPERANCE BROXON, Executrix of John Broxon.**

Orphans' Court.   New Castle.   July 17, 1829.

*Ridgely's Notebook V, 585.*

*Gray* for appellants.   *Rogers* for defendant.

Exceptions: 1. That executrix has been allowed credits to which she was not entitled under a proper construction of the said will. 2. That the executrix has been credited with the appraised value of the time and service of sundry Negroes mentioned in said last will and testament, which credit was improperly allowed the said executrix in the settlement of her account.

THE CHANCELLOR is of the opinion that the Negroes were not specifically bequeathed to the children; that they should be accounted for as the other personal property of the testator; that the wife is entitled to one third part of the surplus; and after deducting that surplus, that the residue should be equally divided among the children. The bequest of the service of the Negroes to the heirs until they, the Negroes, arrive to the age of thirty-five years of age, was merely to designate the time at which the Negroes should become free.

But Mr. Rogers alleges that some of the Negroes have run away, and that the executrix should not be charged with the appraised value of such of them as have run, and prays time until next term to make good his allegation, especially as the executrix is absent, and is very firm. And time is accordingly given, so the appeal is continued until next term.

Continued.